Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOHAMMED KHAN, an individual; and STEVE GAGON, an individual, <br><br> Defendants. | Civil Action No. 17-cv-782RSM <br><br> ORDER GRANTING EXTENSION OF TIME TO SERVE COMPLAINT |

This matter comes before the Court on Plaintiff's motion for an extension of time to serve the complaint. Because good cause has been shown why an extension is warranted to allow a brief period in which to file proof of waiver or service, Plaintiff's motion is GRANTED. Plaintiff shall have until September 7, 2017, to file proof of waiver or service or a motion setting forth the efforts made to serve and requesting a further extension of the service deadline.

DATED this 15 day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTENSION OF TIME TO SERVE COMPLAINT - 1
Civil Action No. 17-cv-782RSM
LHF 17-782 ext time.docx

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1 | Presented by:
2 | s/David A. Lowe, WSBA No. 24,453
3 |     Lowe@LoweGrahamJones.com
    LOWE GRAHAM JONES<sup>PLLC</sup>
4 | 701 Fifth Avenue, Suite 4800
    Seattle, WA 98104
5 | T: 206.381.3300
    F: 206.381.3301
6 |
7 | Attorneys for Plaintiff

ORDER GRANTING EXTENSION OF TIME TO
SERVE COMPLAINT - 2
Civil Action No. 17-cv-782RSM

LHF 17-782 ext time.docx

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301