IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LHF PRODUCTIONS, INC.,

Plaintiff,

v.

DOE 1, *et al*.,

Defendants.

Case No. C17-782RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On September 22, 2017, Plaintiff LHF Productions, Inc. ("LHF") and Defendant Mohammed Khan filed a Stipulated Consent Judgment. Dkt. #24. In their stipulation, the parties agree to name Faisal Raza, Mr. Khan's roommate, as the actual named defendant. *Id*. at 2. However, to substitute Mr. Raza in place of Mr. Khan, LHF must move to amend its Amended Complaint. Because LHF has not moved to amend, the proposed stipulation is STRICKEN as IMPROPER.

DATED this 25th day of September, 2017.

WILLIAM McCOOL, Clerk

By:   /s/ Paula McNabb
      Deputy Clerk

ORDER– 1