Honorable Ricardo S. Martinez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LHF PRODUCTIONS, INC.,<br>Plaintiff,<br><br>v.<br><br><br>MOHAMMED KHAN, an individual,<br>Defendant/Counterclaimant,<br><br>FAISAL RAZA, an individual,<br>Defendant. | Case No.: 17-cv-782RSM<br><br>NOTICE OF AND SATISFACTION OF JUDGMENT |

NOTICE OF SATISFACTION OF JUDGMENT

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of the above-named and against the above-named Faisal Raza in the above-entitled action, on the 27th day of October, 2017, in the sum of $1,500.00 including costs and an order for injunctive relief.

Plaintiff acknowledges payment of said judgment, costs and interest in full, and has received from Faisal Raza a report that complies with the judgment

Plaintiff desires to release this judgment and acknowledges that Faisal Raza has fully and completely satisfy the same.

Dated: December 22, 2017        s/David A. Lowe, WSBA No. 24,453
                                Lowe@LoweGrahamJones.com
                                LOWE GRAHAM JONES PLLC
                                701 Fifth Avenue, Suite 4800
                                Seattle, WA 98104
                                T: 206.381.3300
                                *Attorneys for Plaintiff*

Dated: December 22, 2017        /s/ J. Curtis Edmondson
                                J. Curtis Edmondson, WA SBN 43,795
                                Law Offices of J. Curtis Edmondson, PLLC
                                Venture Commerce Center,
                                3699 NE John Olsen Ave, Hillsboro, OR 97124
                                ph: (503) 336-3749
                                *Attorneys for Defendant*

NOTICE OF SATISFACTION OF JUDGMENT

**CERTIFICATE OF SERVICE**

I hereby certify that I served the attached:

NOTICE OF AND SATISFACTION OF JUDGMENT

by CM/ECF

to the following person(s) on the date indicated below:

David Allen Lowe
Lowe Graham jones
701 5th Ave., Suite 4800
Seattle, WA 98104-7009

                                          /s/ J. Curtis Edmondson
                                          DATED: December 22, 2017